David Abrams, Attorney at Law #3051604
PO Box 3353 Church Street Station
New York, New York 10008
Tel. 212-897-5821 Fax 212-897-5811
dnabrams@gmail.com

United States District Court          **TO BE FILED UNDER SEAL**
District of Colorado

_____
)
United States of America ex rel. )
GNGH2 Inc., )
)
        Plaintiff-Relator, )
)
     - against - )   Index No.:
)
TICI LLC and Mancha Development Company LLC, )
)
)   **Complaint**
        Defendants. )
_____)

Plaintiff-Relator, complaining of the Defendant by its attorney, David Abrams, Attorney at Law, respectfully sets forth and alleges as follows:

**I.     Nature of the Case**

1.     This is a false claims act claim. The Qui Tam Plaintiff and Relator, GNGH2 Inc. ("Relator"), alleges that the Defendants fraudulently obtained disaster relief under the Restaurant Revitalization Act means of fraudulent certifications of eligibility.

**II.     Parties**

2.     Plaintiff-Relator GNGH2 is a New Jersey corporation with a principal place of business in Bergen County, New Jersey.

3.     Defendant TICI LLC ("TICI") is a Colorado limited liability company with a principal place of business in Jefferson County, Colorado.

4.     Defendant Mancha Development Company LLC is a California limited liability company with a principal place of business in Clark County, Nevada.

**III      Jurisdiction and Venue**

5.      This Court has Federal Question jurisdiction over this matter in that Relator asserts claims under the False Claims Act, a federal statute.

6.     This Court has personal jurisdiction over the Defendant in that personal jurisiction under the False Claims Act is based on the Defendants' contacts with the United States as a whole.  In this case, the Defendant is located in the United States and in any event this matter arises from the Defendant's application for and receipt of a federal grant.

7.     This matter is venued in the District of Colorado based on Defendant TICI's operation of approximately 9 Denny's restaurants throughout Colorado.  Additionally both Defendants are owned and controlled by an entity called "G2G Management" which operates as a single unified concern and maintains approximately 40 restaurants in California, Nevada, and Colorado including the 9 Colorado Denny's locations referred to in the preceding sentence.

**V.      Background**

8.     Throughout most of 2020, the United States was faced with a large scale outbreak of the virus commonly known as "Coronavirus" and "COVID-19."  (the "Coronavirus Epidemic").

9.     In addition to the Coronavirus Epidemic itself, the United States was faced with large scale outbreaks of panic and hysteria as a result of the Coronavirus Epidemic.

10.    All of the above has resulted in major economic disruption and as a result Congress enacted various measures including the Restaurant Revitalization Act ("RRA") which was intended to provide relief to restaurants and small restaurant chains which lost business due to lockdowns and other measures which were enacted as a result of the above-described hysteria.

11.   The Defendants applied for and received relief under the RRA as follows:

| Date | Party | Grant Number | Amount |
| --- | --- | --- | --- |
| 5/20/2021 | TICI LLC | 4904879001 | $1,247,097 |
| 5/26/2021 | Mancha Development Company LLC | 8018539008 | $3,349,485 |
| Total: | | | $4,596,582 |

12.   The Defendants were too large in terms of their operations to qualify for such relief and fraudulently certified as to its eligibility.

### VI.   (Count I)  Violation of the False Claims Act

13.   The False Claims Act imposes liability on a person or entity who " knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim"  31 U.S.C. Section 3729(a)(1)(B)

14.   The Courts have held that this can include false statements regarding eligibility to participate in a program.  See *United States ex rel. Kirk v. Schindler Elevator Corp.*,  601 F.3d 94, 116 (2d Cir. 2010), rev'd on other grounds, 131 S.Ct. 1885 (2011) ("[C]laims may be false even though the services are provided as claimed if, for example, the claimant is ineligible to participate in the program.")

15.   Thus, the Defendants' certifications of eligibility violated the False Claims Act because they were false and required for eligibility for disaster relief.

### VII.   Relief Sought

16.   On behalf of the government, Relator is seeking judgment for  the triple damages and civil penalties set forth in 31 U.S.C. Section 3729.

17.    The Defendants received at least approximately $4,596,582 in disaster relief as a result of the certifications set forth above.

18.	Accordingly, Relator seeks judgment in the amount of $13,789,746 against the Defendants and in favor of the United States, together with costs, interest, civil penalties, an appropriate qui tam award, and such other and further relief as the Court deems just.

                Respectfully submitted,

                _____

                David Abrams, Attorney at Law
                 Attorney for Relator
                GNGH2 Inc.

                PO Box 3353 Church Street Station
                New York, NY 10008
                Tel. 212-897-5821
                dnabrams@gmail.com

Dated:	New York, NY
        September 19, 2022